WD/WA: 3:22-MJ-5026

AO 442 (Rev. 11/11) Arrest Warrant

FILED _____ LODGED
_____ RECEIVED

February 15, 2022

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Lawrence Allan Swan | ) | Case No. 22-10003 |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Lawrence Allan Swan,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute a Controlled Substance.

Date:   01/12/2022

*Issuing officer's signature*

City and state:   Pierre, South Dakota

Matthew W. Thelen, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

cc: USM-SAC

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAWRENCE ALLAN SWAN,<br><br>Defendant. | CR 22-10003<br><br>REDACTED INDICTMENT<br><br>CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE<br><br>21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C) and 18 U.S.C. § 3237 |

The Grand Jury charges:

Beginning at a time unknown to the Grand Jury but no later than on or about the 1st day of January, 2020, and continuing to on or about the 13th day of December, 2021, in the District of South Dakota and elsewhere, the defendant, Lawrence Allan Swan, did knowingly and intentionally, combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with intent to distribute 50 kilograms or more of marihuana, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(C) and 18 U.S.C. § 3237.

A TRUE BILL:

**NAME REDACTED**
_____
Foreperson

DENNIS R. HOLMES
United States Attorney

By: _____